MIDLAND CORPORATION, complainant-respondent,

*v.*

HENRIETTA B. LEVY and MEYER LEVY, defendants; DAVID BECK, defendant-appellant.

[Submitted February term, 1936. Decided April 24th, 1936.]

*Mr. Melvin L. Weisbart,* for the complainant-respondent.

*Messrs. Platoff & Platoff* (*Mr. John N. Platoff*), for the defendant-appellant.

PER CURIAM.

The decree in chancery is affirmed, for the reasons stated in the opinion there filed. We elide therefrom, however, the parenthetical expression "who does not owe the debt" found near the top of page 79 following the name of defendant Beck.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.